Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____     Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Reliant Plumbing & Drain Cleaning LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 7 – 3 8 1 0 4 5 3** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3841 Ranch Road 620 S**<br>Number      Street | <br>Number      Street |
| **Austin, TX 78738-6308**<br>City                State    ZIP Code | <br>City                State    ZIP Code |
| **Travis**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number      Street |
| | <br>City                State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.reliantplumbing.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
　**2　3　8　2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　MM / DD / YYYY

　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　　　District _____ When _____
　　　　　　　　　　　　MM / DD / YYYY

　　　　Case number, if known _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐  It needs to be physically secured or protected from the weather.<br><br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐  Other _____<br><br>**Where is the property?** _____<br>Number      Street<br><br>_____<br><br>_____    _____    _____<br>City                              State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>                 Contact name _____<br>                 Phone _____ |

| **Statistical and administrative information** |
|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99        ☐ 1,000-5,000  ☐ 5,001-10,000      ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999     ☐ 10,001-25,000                   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                 ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000           ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000          ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million         ☐ $100,000,001-$500 million     ☐ More than $50 billion |

| 16. Estimated liabilities | ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **12/19/2025**
                MM/ DD/ YYYY

**X** **/s/ Evan Johnson**
Signature of authorized representative of debtor

**Evan Johnson**
Printed name

Title          **President**

**18. Signature of attorney**

**X**          **/s/ Robert C Lane**          Date **12/19/2025**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number          Street

**Houston**          **TX**          **77036-3369**
City          State          ZIP Code

**(713) 595-8200**          **notifications@lanelaw.com**
Contact phone          Email address

**24046263**          **TX**
Bar number          State

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | **$1,426,934.61** |
| b. Total debts (including debts listed in 2.c., below) | **$669,487.64** |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

secured ☐ unsecured ☐ subordinated ☐ _____ _____

d. Number of shares of preferred stock _____

e. Number of shares common stock _____

Comments, if any: _____

3. Brief description of debtor's business _____ Plumbing service and repair with Commercial and Residential _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Reliant Plumbing & Drain Cleaning LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><strong>Western District of Texas</strong></td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | 518 Austin Highway LLC<br>2317 Matagorda Circle<br>New Braunfels, TX 78130 | | Settlement | Disputed | | | $175,000.00 |
| 2 | Cardmember Service - Chase<br>Po Box 1423<br>Charlotte, NC 28201-1423 | | Credit Card | | | | $87,907.07 |
| 3 | Chrysler Capital<br>P.O. Box 660335<br>Dallas, TX 75266 | | Purchase Money Security | | | | $49,173.88 |
| 4 | Capital One<br>P.O. Box 60519<br>City Industry, CA 91716-0519 | | Credit Card | | | | $33,480.58 |
| 5 | Ally Servicing LLC<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | | | | $54,387.66 | $23,800.00 | $30,587.66 |
| 6 | Ally Servicing LLC<br>P.O. Box 380901<br>Minneapolis, MN 55438 | | | | $45,697.59 | $19,000.00 | $26,697.59 |
| 7 | Ally Servicing LLC<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | | | | $49,038.40 | $25,600.00 | $23,438.40 |
| 8 | Ally Servicing LLC<br>P.O. Box 380901<br>Minneapolis, MN | | | | $43,031.51 | $19,663.00 | $23,368.51 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ally Servicing LLC<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | | | | $34,798.32 | $12,868.00 | $21,930.32 |
| 10 | Ally Servicing LLC<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | | | | $40,197.37 | $23,321.00 | $16,876.37 |
| 11 | Ally Servicing LLC<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | | | | $36,647.74 | $20,000.00 | $16,647.74 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

Debtor name       **Reliant Plumbing & Drain Cleaning LLC**

United States Bankruptcy Court for the:

              **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors           **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **12/19/2025**
              MM/ DD/ YYYY

X **/s/ Evan Johnson**
Signature of individual signing on behalf of debtor

**Evan Johnson**
Printed name

**President**
Position or relationship to debtor

# United States Bankruptcy Court
## Western District of Texas

**In re**   Reliant Plumbing & Drain Cleaning LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................... **$100,000.00**

Prior to the filing of this statement I have received ...................................................................... **$100,000.00**

Balance Due ...................................................................................................................................... **$0.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/19/2025** | **/s/ Robert C Lane** |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**

*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Reliant Plumbing & Drain Cleaning**
       **LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **12/19/2025**    Signature                            **/s/ Evan Johnson**

                                               Evan Johnson, President

518 AUSTIN HIGHWAY LLC
2317 MATAGORDA CIRCLE
NEW BRAUNFELS, TX 78130


ALLY BANK
2911 LAKE VISTA DRIVE
LEWISVILLE, TX 75067


ALLY BANK
C/O AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK 73118


ALLY SERVICING LLC
P.O. BOX 380901
MINNEAPOLIS, MN 55438-0901


ALLY SERVICING LLC
P.O. BOX 380901
MINNEAPOLIS, MN


ALLY SERVICING LLC
P.O. BOX 380901
MINNEAPOLIS, MN 55438


CAPITAL ONE
P.O. BOX 60519
CITY INDUSTRY, CA 91716-0519


CAPITAL ONE
BANKRUPTCY DEPT
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

CARDMEMBER SERVICE -
CHASE
PO BOX 1423
CHARLOTTE, NC 28201-1423


CATERPILLAR FINANCIAL
SERVICES CORP
PO BOX 730681
DALLAS, TX 75373


CATERPILLAR FINANCIAL
SERVICES CORP.
2120 WEST END AVE
NASHVILLE, TN 37203-5251


CHRYSLER CAPITAL
P.O. BOX 660335
DALLAS, TX 75266


ENTERPRISE FLEET
4210 S CONGRESS AVE
AUSTIN, TX 78745


ENTERPRISE FLEET
MANAGEMENT, INC.
ATTN: LEGAL DEPARTMENT
600 CORPORATE PARK DRIVE
SAINT LOUIS, MO 63105

FIRST FEDERAL LEASING
31 N 9TH STREET
RICHMOND, IN 47374


FIRST TEXAS BANK
500 ROUND ROCK AVE
ROUND ROCK, TX 78664

FIRST UNITED BANK
4008 MEDICAL PKWY
AUSTIN, TX 78756


FIRST UNITED BANK
PO BOX 130
DURANT, OK 74702


FORD CREDIT
P.O. BOX 35911
CLEVELAND, OH 44135-0911


FORD MOTOR CREDIT
PO BOX 650574
DALLAS, TX 75265-0575


FORD MOTOR CREDIT
4515 N SANTA FE DEPT APS
OKLAHOMA CITY, OK 73118


FORD PRO
29725 NETWORK PLACE
CHICAGO, IL 60673


MOORE SUPPLY
10519 BOYER BLVD
AUSTIN, TX 78758


PNC EQUIPMENT FINANCE
LEASE
655 BUSINESS CENTER DRIVE
HORSHAM, PA 19044

PRIME LODGING
5807 CITY PARK RD APT 9
AUSTIN, TX 78730-3105


RELIANT PLUMBING & DRAIN
CLEANING LLC
3841 RANCH ROAD 620 S
AUSTIN, TX 78738-6308


SANTANDER CONSUMER
1601 ELM STREET
DALLAS, TX 75201


SANTANDER CONSUMER USA
BANKRUPTCY
P.O. BOX 961211
FORT WORTH, TX 76161


SANTANDER CONSUMER USA
INC.
BANKRUPTCY DEPT
8585 N. STEMMONS FRWY, SUITE 1100-N
DALLAS, TX 75247


SPECIALTY CAPITAL LLC
224 W 35TH STREET, SUITE 500 #583
NEW YORK, NY 10001


STELANIS
5757 WOODWAY DRIVE, SUITE 400
HOUSTON, TX 77057


TEXAS CAPITAL BANK
ATTN: CONSUMER OPERATIONS
1001 E LOOKOUT DR, TOWER A STE 700
RICHARDSON, TX 75082

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THE LAW OFFICES OF
MATTHEW M COWART, P.C.
6609 BLANCO RD SUITE 235
SAN ANTONIO, TX 78216


TOYOTA FINANCIAL
SERVICES
ATTN BANKRUPTCY DEPT
PO BOX 8026
CEDAR RAPIDS, IA 52409-8026

TOYOTA FINANCIAL
SERVICES
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 25001
PLANO, TX 75025

TOYOTA FINANCIAL
SERVICES
PO BOX 94305
PALATINE, IL 60094